1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,          )<br>                                         )<br>              Plaintiff,                 )<br>                                         )<br>       v.                                )<br>                                         )<br>HUONG THI THUY NGO, INDIVIDUALLY )<br>AND D/B/A BON MUA,                       )<br>                                         )<br>              Defendant.                 )<br>_____ ) | Case No.: 12-CV-02267-LHK<br><br>ORDER TO FILE STIPULATION OF<br>DISMISSAL |

    The parties have indicated that they have reached a settlement in this case.  *See* ECF No.
19.  Accordingly, the parties are hereby ORDERED to file a stipulation of dismissal or a settlement
status report by February 8, 2013.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02267-LHK
ORDER TO FILE STIPULATION OF DISMISSAL

1