UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No.: 12-CV-02267-LHK |
| Plaintiff, ) | |
| v. ) | ORDER TO FILE STIPULATION OF DISMISSAL |
| HUONG THI THUY NGO, INDIVIDUALLY AND D/B/A BON MUA, ) | |
| Defendant. ) | |

The parties have indicated that they have reached a settlement in this case. *See* ECF No. 19. Accordingly, the parties are hereby ORDERED to file a stipulation of dismissal or a settlement status report by February 8, 2013.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02267-LHK
ORDER TO FILE STIPULATION OF DISMISSAL