Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Huong Thi Thuy Ngo, et al., <br><br> Defendants. | CASE NO. 5:12-cv-02267-LHK <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT HUONG THI THUY NGO, individually and d/b/a BON MUA |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant HUONG THI THUY NGO, individually and d/b/a BON MUA, that the above-entitled action is hereby dismissed **without prejudice** against HUONG THI THUY NGO, individually and d/b/a BON MUA, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by February 28, 2013, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party referenced above shall bear its own attorneys' fees and costs.

Dated: January 23, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 1/24/13

VU.S.A. LAW OFFICES
By: Michael Chinh H. Vu
Attorneys for Defendant
HUONG THI THUY NGO, individually and d/b/a
BON MUA

**IT IS SO ORDERED:**

*Lucy H. Koh*

Dated: February 5, 2013

**The Honorable Lucy H. Koh**
**United States District Court**
**Northern District of California**

STIPULATION OF DISMISSAL
5:12-cv-02267-LHK
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 23, 2013, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS HUONG THI THUY NGO, individually and d/b/a BON MUA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Michael Chinh H. Vu, Esquire          (Attorneys for Defendant)
**VU.S.A. LAW OFFICES**
142 East Mission Street
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 23, 2013, at South Pasadena, California.

Dated: January 23, 2013                 *M. B C—*
                                         MARIA BAIRD